# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **DAVID BROWN** : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 10-2687 |
| **CITY OF PHILADELPHIA, ET AL.,** : | |
| Defendants. : | |

## ORDER

**AND NOW**, this _____ day of August, 2010, upon consideration of Plaintiff's Motion for Extension of Time to File a Response (Doc. 9), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a response to Defendant Northeastern Title Loans, LLC's Motion to Compel Arbitration within twenty-one (21) days of the date of this Order.

**BY THE COURT**:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**