IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID BROWN : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 10-2687 |
| CITY OF PHILADELPHIA, ET AL., : | |
|     Defendants. : | |

**ORDER**

**AND NOW**, this _____ day of November, 2010, upon consideration of Defendant Northeastern Title Loans, LLC's Motion to Compel Arbitration (Doc. 8), Plaintiff's Response in Opposition thereto (Doc. 13), and Defendant's Reply (Doc. 18), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the claims against Defendant Northeastern Title Loans, LLC shall be **STAYED** pending the outcome of Arbitration at which time counsel shall update the Court as to status.[1]

                                **BY THE COURT**:

                                /s/ Petrese B. Tucker
                                _____
                                **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order staying the proceedings and compelling arbitration applies only to Defendant Northeastern Title Loans, LLC.