

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BROWN,<br>Plaintiff | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al.<br>Defendants. | : | NO. 10-CV-2687 |

**FILED**
MAY 1 6 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW this **16th** day of May, 2012, upon consideration of Defendants City of Philadelphia, Sylvester Johnson, Police Officer Andrew Jenkins, and Sergeant Christopher Williams Motion for Summary Judgment (Docket No. 35), and Plaintiff's Response (Docket No. 42), and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

All claims against Defendants City of Philadelphia, Sylvester Johnson, Police Officer Andrew Jenkins, and Sergeant Christopher Williams are hereby dismissed.

BY THE COURT:

LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE

**ENTERED**
MAY 1 7 2012
CLERK OF COURT